1

The Honorable Barbara J. Rothstein

2

3

4

5

6

7     UNITED STATES DISTRICT COURT FOR THE
      WESTERN DISTRICT OF WASHINGTON
8                    AT SEATTLE

9

10   MARY WANJIRU NJOGU, *et al.*,                    Case No. 2:25-cv-01323-BJR

                              Plaintiffs,             STIPULATED MOTION TO HOLD
11            v.                                      CASE IN ABEYANCE AND
                                                      ORDER
12   MARCO RUBIO, *et al.*,

13                            Defendants.

14

15      For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant

16   to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate

17   and move to stay these proceedings through November 14, 2025. Plaintiffs bring this case pursuant

18   to the Administrative Procedure Act and Mandamus Act, *inter alia*, to compel Defendants to

19   readjudicate Plaintiff John Kariuki Nogu's visa application. Defendants' response to the

20   Complaint is due on September 15, 2025.

21      Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706

22   (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to

23   control the disposition of the causes on its docket with economy of time and effort for itself, for

24

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

The parties are diligently working towards a resolution of this case. On November 13, 2024, the U.S. Embassy in Nairobi, Kenya, refused Plaintiff's visa application pursuant to 8 U.S.C. § 1201(g). The Embassy has recently reached out to the applicant to request additional information. Once that information is received, the consular officer may readjudicate Plaintiff's visa application, and this may moot the litigation. This stay is requested as additional time is necessary for Plaintiffs to submit the requested information and for the consular officer to subsequently review the submission.

For good cause, the parties agree and jointly request that this case be held in abeyance until November 14, 2025, and order the parties to file a joint status report on or before November 14, 2025.

DATED this 28th day of August, 2025.

Respectfully submitted,

| | |
|---|---|
| TEAL LUTHY MILLER<br>Acting United States Attorney | LAW OFFICES OF BART KLEIN |
| *s/ Michelle R. Lambert*<br>MICHELLE R. LAMBERT, NYS #4666657<br>Assistant United States Attorney<br>United States Attorney's Office<br>Western District of Washington<br>1201 Pacific Ave., Ste. 700<br>Tacoma, WA 98402<br>Phone: (253) 428-3824<br>Fax:   (253) 428-3826<br>Email:  michelle.lambert@usdoj.gov<br><br>*Attorneys for Defendants* | *s/ Bart Klein*<br>BART KLEIN WSBA #10909<br>Law Offices of Bart Klein<br>605 First Avenue South, Suite 500<br>Seattle, WA 98104<br>Tel.: (206) 624-3787<br>Fax: (206) 624-6371<br>Bart.Klein@bartklein.com<br><br>*Attorney for Plaintiffs* |

*I certify that this memorandum contains 272 words, in compliance with the Local Civil Rules.*

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01323-BJR] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

**ORDER**

The parties having so stipulated, the above is SO ORDERED. The parties shall file a joint status report on or before November 14, 2025.

DATED this 2nd day of September 2025.

*Barbara J. Rothstein*
BARBARA J. ROTHSTEIN
United States District Judge

STIPULATED MOTION AND ORDER
[Case No. 2:25-cv-01323-BJR] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800